**Order entered July 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01447-CV

### SNOWHITE TEXTILE AND FURNISHINGS, INC., Appellant

### V.

### INNVISION HOSPITALITY, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11252**

## ORDER

Before the Court is appellee's July 10, 2019 agreed motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 23, 2019.


/s/     ERIN A. NOWELL
         JUSTICE